UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LICEA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FITLIFE BRANDS INC.,<br><br>Defendant. | Case No.: 23-cv-509-RSH-DDL<br><br>**ORDER DISMISSING ACTION**<br><br>[ECF No. 11] |

On August 15, 2023, Plaintiff Jose Licea filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 11. In the notice, Plaintiff requests dismissal of this action with prejudice as to Plaintiff's individual claims, and dismissal without prejudice as to the putative class claims. *Id.* Although Federal Rule of Civil Procedure 23(e) requires court approval for dismissal of claims of a certified class or a class proposed to be certified for purposes of settlement, "Rule 23(e) does not apply where dismissal occurs before class certification." *Buchsbaum v. Digital Intel. Sys., LLC*, No. 20-cv-00706-BAS-AGS, 2021 WL 2826018, at *1 n.2 (S.D. Cal. July 6, 2021); *see* Fed. R. Civ. P. 23 advisory committee note to 2003 amendment ("The new rule requires approval only if the claims, issues, or defenses of a certified class are resolved by a

settlement, voluntary dismissal, or compromise."). No class has been certified in this case, and there is no proposal of class certification for purposes of settlement. Accordingly, the Court **DISMISSES WITH PREJUDICE** Plaintiff Jose Licea's individual claims, and **DISMISSES WITHOUT PREJUDICE** the putative class claims. The Clerk is directed to close the case.

**SO ORDERED.**

Dated: August 16, 2023

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge